UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DESMOND CHARLES PARKER (#569648)**

**VERSUS**

**JASON KENT, ET AL.**

CIVIL ACTION NO.

18-544-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 29) dated September 28, 2020, to which an objection was filed (Doc. 33);

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 14) filed on behalf of Jason Kent, Keith Turner, Dewey Phillips, and Cherryl Washington, is GRANTED IN PART AND DENIED IN PART; Parker's claims against Dewey Phillips and Parker's claims regarding the conditions of confinement in administrative segregation and regarding not being provided his medications are DISMISSED WITHOUT PREJUDICE due to Parker's failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Parker's claims against Dr. MacMurdo and Parker's claims against Turner and Washington regarding the grievance procedure are DISMISSED WITH PREJUDICE *sua sponte* pursuant to 28 U.S.C. §§ 1915 and 1915A.

**IT IS FURTHER ORDERED** that this action is referred back to the undersigned for further proceedings on Parker's remaining claims (i.e, Parker's claims against Kent regarding exposure to extreme cold).

Signed in Baton Rouge, Louisiana, on <u>October 22, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**