**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DESMOND CHARLES PARKER (#569648)

VERSUS

JASON KENT

CIVIL ACTION NO.

NO. 18-544-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 19, 2021 (Doc. 44), to which an objection was filed and considered (Doc. 45),

**IT IS ORDERED** that the Motion for Summary Judgment5 (Doc. 40) filed by Jason Kent is GRANTED and that the remainder of this action is DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 13, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**